**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2286**

_____

In re: KENNETH ROSHAUN REID,

      Petitioner.

_____

On Petition for Writ of Mandamus.  (0:04-cr-00353-CMC-1)

_____

Submitted:  January 31, 2023                           Decided:  March 17, 2023

_____

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Kenneth Roshaun Reid, Petitioner Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Roshaun Reid petitions for a writ of mandamus, seeking an order from this court directing the district court to correct his sentencing calculations under the Fair Sentencing Act of 2010 and hold a hearing resentencing him on his conviction for conspiracy to distribute and possess with intent to distribute cocaine base and cocaine, in violation of 21 U.S.C. § 846, or—if the jury found no drug quantity elements—to dismiss this conviction and his conviction for murder through use of a firearm in the course of a drug trafficking crime and aiding and abetting, in violation of 18 U.S.C. §§ 2, 924(j)(1). We conclude that Reid is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (cleaned up). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Reid is not available by way of mandamus. Accordingly, we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*